JS-6

FILED
CLERK, U.S. DISTRICT COURT
July 31, 2014
CENTRAL DISTRICT OF CALIFORNIA
BY: ___TS___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LaKEITH LEROY McCOY,<br>    Plaintiff,<br>    v.<br>COUNTY OF RIVERSIDE et al.,<br>    Defendants. | No. CV 13-8674-RGK (DFM)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

Dated: July 31, 2014

_____
R. GARY KLAUSNER
United States District Judge

ENTERED
CLERK, U.S. DISTRICT COURT
July 31, 2014
CENTRAL DISTRICT OF CALIFORNIA
BY: ___TS___ DEPUTY